Form ntcqcmsgsvc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17055−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Lawrence Meyer
   aka William L. Meyer, aka William Meyer
   4 Hilliard Road
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−1780

Employer's Tax I.D. No.:

## NOTICE OF CLERK'S QUALITY CONTROL MESSAGE

   Please be advised that on July 3, 2024, the court entered the following quality control message on the court's docket in the above−captioned case:

Clerk's Office Quality Control Message: Please note that Local Form Certification of Service must be filed in accordance with the appropriate service provisions. This local form can be found in the Forms section of the Courts website www.njb.uscourts.gov. (related document:43 First Application for Compensation for Karina Pia Lucid, Debtor's Attorney, period: 9/12/2023 to 7/1/2024, fee: $8078.50, expenses: $260.27. Filed by Karina Pia Lucid. Hearing scheduled for 7/24/2024 at 02:00 PM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Proposed Order # 2 Exhibit A− Detailed billing statement) filed by Debtor William Lawrence Meyer, Attorney Karina Pia Lucid, Esq.) (km)

Dated: July 3, 2024
JAN: km

Jeanne Naughton
Clerk