Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−17055−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Lawrence Meyer
   aka William L. Meyer, aka William Meyer
   4 Hilliard Road
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−1780

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     8/14/24
Time:     02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Karina Pia Lucid, Debtor's Attorney

COMMISSION OR FEES
fee: $8078.50

EXPENSES
expenses: $260.27

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☑    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 3, 2024
JAN: km

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:       Case No. 23-17055-MBK
William Lawrence Meyer       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jul 03, 2024      Form ID: 137      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Lawrence Meyer, 4 Hilliard Road, Old Bridge, NJ 08857-1512 |
| aty | + | Karina Pia Lucid, Esq., 1065 Route 22 West, Suite 2B, Bridgewater, NJ 08807, UNITED STATES 08807-2949 |
| 519998807 | + | Avenel-Iselin Medical Group c/o, Sav-It Collection Agency, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 519998812 | + | Kristine Meyer, 4 Hilliard Road, Old Bridge, NJ 08857-1512 |
| 519998813 | + | Law Offices of Gabriel Del Virginia, 30 Wall Street, 12th Floor, New York, NY 10005-2219 |
| 520060621 | + | Law Offices of Gabriel Del Virginia, 30 Wall Street-12th Floor, New York, New York 10005-2219 |
| 519998815 | + | Old Bridge Municipal Utilties Authority, 71 Boulevard West, Cliffwood Beach, NJ 07735-6105 |
| 519998816 | + | Superior Court of New Jersey, Middlesex County, 56 Paterson Street, New Brunswick, NJ 08901-2014 |
| 519998818 | + | U.S. Bank Trust c/o, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519998819 | + | University Radiology Group, PC c/o, Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54220-9208 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 03 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 03 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519998808 | | Email/Text: ECF@fayservicing.com | Jul 03 2024 20:48:00 | Fay Servicing, LLC, PO Box 88009, Chicago, IL 60680-1009 |
| 519998809 | ^ | MEBN | Jul 03 2024 20:41:44 | Hackensack Median Health, PO Box 8505, JFK Medical Center, Pompano Beach, FL 33075-8505 |
| 519998810 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 03 2024 20:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520041219 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 03 2024 20:48:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519998811 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 03 2024 20:48:00 | Jersey Central Power & Light, PO Box 16001, Reading, PA 19612-6001 |
| 520001859 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2024 20:47:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519998814 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 03 2024 20:48:00 | NJ Division of Taxation, PO Box 245, Bankruptcy Section, Trenton, NJ 08695 |
| 519998817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2024 20:58:09 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 520049068 | ^ | MEBN | Jul 03 2024 20:41:01 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

| | | | | |
|---|---|---|---|---|
| 519998820 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jul 03 2024 20:48:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 519998821 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jul 03 2024 20:47:42 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 520036747 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jul 03 2024 20:45:56 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor William Lawrence Meyer klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Attorney Karina Pia Lucid  Esq. klucid@karinalucidlaw.com, 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Monika Mazurczyk | on behalf of Debtor William Lawrence Meyer monika@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | |

District/off: 0312-3    User: admin    Page 3 of 3
Date Rcvd: Jul 03, 2024    Form ID: 137    Total Noticed: 24

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9