UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

WILLIAM LAWRENCE MEYER

CASE NO: 23-17055

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/19/2024, I did cause a copy of the following documents, described below,

Debtor Certification in Opposition to MFSR by Mortgagee

Exhibit A - Receipts

Certificate of Service

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/19/2024

/s/ Monika Mazurczyk
Monika Mazurczyk  037362001
Attorney for Debtor
Karina Pia Lucid, Esq. LLC
1065 Route 22 West, Suite 2B
Bridgewater, NJ  08807
908 350 7505
monika@karinalucidlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

WILLIAM LAWRENCE MEYER

CASE NO: 23-17055

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 7/19/2024, a copy of the following documents, described below,

Debtor Certification in Opposition to MFSR by Mortgagee

Exhibit A - Receipts

Certificate of Service

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/19/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Monika Mazurczyk
Karina Pia Lucid, Esq. LLC
1065 Route 22 West, Suite 2B
Bridgewater, NJ  08807

USPS FIRST-CLASS MAIL FOR DEBTORS: Parties with names struck through or labeled CM/RTC/DCE were not served via First Class USPS Mail Service.

CERTIFIED 9589071052701757026449

ANDREW CECERRE CEO
US BANK
800 NICOLLET MALL
MINNEAPOLIS MN 55402

CERTIFIED 9589071052701757026456

ED FAY CEO  PRESIDENT
FAY SERVICING LLC
425 S FINANCIAL PL STE 2000
CHICAGO IL 60605-1000

AVENELISELIN MEDICAL GROUP CO
SAVIT COLLECTION AGENCY
46 W FERRIS STREET
EAST BRUNSWICK NJ 08816

FAY SERVICING LLC
PO BOX 88009
CHICAGO IL 60680-1009

HACKENSACK MEDIAN HEALTH
PO BOX 8505
JFK MEDICAL CENTER
POMPANO BEACH FL 33075

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JERSEY CENTRAL POWER  LIGHT
PO BOX 16001
READING PA 19612

KRISTINE MEYER
4 HILLIARD ROAD
OLD BRIDGE NJ 08857

LAW OFFICES OF GABRIEL DEL VIRGINIA
30 WALL STREET
12TH FLOOR
NEW YORK NY 10005

NJ DIVISION OF TAXATION
PO BOX 245
BANKRUPTCY SECTION
TRENTON NJ 08695

OLD BRIDGE MUNICIPAL UTILTIES AUTHORITY
71 BOULEVARD WEST
CLIFFWOOD BEACH NJ 07735

SUPERIOR COURT OF NEW JERSEY
MIDDLESEX COUNTY
56 PATERSON STREET
NEW BRUNSWICK NJ 08903

SYNCBPPMC
PO BOX 965005
ORLANDO FL 32896

US BANK TRUST CO
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106

UNIVERSITY RADIOLOGY GROUP PC CO
AMERICOLLECT INC
1851 S ALVERNO ROAD
MANITOWOC WI 54220

VERIZON
PO BOX 15124
ALBANY NY 12212

WELLS FARGO
PO BOX 14517
DES MOINES IA 50306

DENISE CARLON
KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA PA 19105

DEBTOR

WILLIAM LAWRENCE MEYER
4 HILLIARD ROAD
OLD BRIDGE NJ 08857

FAY SERVICING LLC
PO BOX 814609
DALLAS TX 75381-4609

KML LAW GROUP PC ATTN DENISE CARLON ES
701 MARKET STREET SUITE 5000
PHILADELPHIA PA 19106

US BANKFAY SERVICING ATTN CIRO A
MESTRES ESQ
CO MCCALLARAYMERLEIBERT
1544 OLD ALABAMA ROAD
ROSWELL GA 30076

ANDREW CECERRE CEO
US BANK
800 NICOLLET MALL
MINNEAPOLIS MN 55402

ED FAY CEO  PRESIDENT
FAY SERVICING LLC
425 S FINANCIAL PL STE 2000
CHICAGO IL 60605-1000

CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-17055
DISTRICT OF NEW JERSEY
FRI JUL 19 7-26-20 PST 2024

EXCLUDE

(U)US BANK TRUST NATIONAL ASSOCIATION
NOT IN

EXCLUDE

(D)US BANK TRUST NATIONAL ASSOCIATION
NOT IN

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

~~US BANKRUPTCY COURT~~
~~402 EAST STATE STREET~~
~~TRENTON  NJ 08608-1507~~

AVENELISELIN MEDICAL GROUP CO
SAVIT COLLECTION AGENCY
46 W FERRIS STREET
EAST BRUNSWICK  NJ 08816-2159

(P)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

HACKENSACK MEDIAN HEALTH
PO BOX 8505
JFK MEDICAL CENTER
POMPANO BEACH  FL 33075-8505

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JERSEY CENTRAL POWER  LIGHT
101 CRAWFORDS CORNER ROAD
BUILDING 1 SUITE 1-511
HOLMDEL  NJ 07733-1976

JERSEY CENTRAL POWER  LIGHT
PO BOX 16001
READING  PA 19612-6001

KRISTINE MEYER
4 HILLIARD ROAD
OLD BRIDGE  NJ 08857-1512

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LAW OFFICES OF GABRIEL DEL VIRGINIA
30 WALL STREET
12TH FLOOR
NEW YORK  NY 10005-2219

LAW OFFICES OF GABRIEL DEL VIRGINIA
30 WALL STREET12TH FLOOR
NEW YORK  NEW YORK 10005-2219

(P)STATE OF NEW JERSEY    DIVISION OF
TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

OLD BRIDGE MUNICIPAL UTILTIES AUTHORITY
71 BOULEVARD WEST
CLIFFWOOD BEACH  NJ 07735-6105

SYNCBPPMC
PO BOX 965005
ORLANDO  FL 32896-5005

SUPERIOR COURT OF NEW JERSEY
MIDDLESEX COUNTY
56 PATERSON STREET
NEW BRUNSWICK  NJ 08901-2014

US BANK TRUST NATIONAL ASSOCIATION ET
AL
FAY SERVICING  LLC
PO BOX 814609
DALLAS  TX 75381-4609

US BANK TRUST CO
KML LAW GROUP  PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA  PA 19106-1541

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK  NJ 07102-5235

UNIVERSITY RADIOLOGY GROUP  PC CO
AMERICOLLECT  INC
1851 S ALVERNO ROAD
MANITOWOC  WI 54220-9208

VERIZON
PO BOX 15124
ALBANY  NY 12212-5124

WELLS FARGO
PO BOX 14517
DES MOINES  IA 50306-3517

WELLS FARGO BANK  NA
WELLS FARGO CARD SERVICES
PO BOX 10438  MAC F8235-02F
DES MOINES  IA 50306-0438

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON  NJ 08650-4853

KARINA PIA LUCID
KARINA PIA LUCID  ESQ  LLC
1065 ROUTE 22 WEST
SUITE 2B
BRIDGEWATER  NJ 08807-2949

KARINA PIA LUCID  ESQ
1065 ROUTE 22 WEST
SUITE 2B
BRIDGEWATER  NJ 08807-2949

MONIKA MAZURCZYK
KARINA PIA LUCID  ESQ LLC
1065 ROUTE 22 WEST
SUITE 2B
BRIDGEWATER  NJ 08807-2949

DEBTOR
WILLIAM LAWRENCE MEYER
4 HILLIARD ROAD
OLD BRIDGE  NJ 08857-1512