Form 226 − 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17055−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Lawrence Meyer
   aka William L. Meyer, aka William Meyer
   4 Hilliard Road
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−1780

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that William Meyer the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on August 21, 2024.

Law Offices of Gabriel Del Virginia

Dated: August 22, 2024
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William Lawrence Meyer  
    Debtor

Case No. 23-17055-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Aug 22, 2024     Form ID: 226     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Lawrence Meyer, 4 Hilliard Road, Old Bridge, NJ 08857-1512 |
| 519998807 | + | Avenel-Iselin Medical Group c/o, Sav-It Collection Agency, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 519998812 | + | Kristine Meyer, 4 Hilliard Road, Old Bridge, NJ 08857-1512 |
| 519998813 | + | Law Offices of Gabriel Del Virginia, 30 Wall Street, 12th Floor, New York, NY 10005-2219 |
| 520060621 | + | Law Offices of Gabriel Del Virginia, 30 Wall Street-12th Floor, New York, New York 10005-2219 |
| 519998815 | + | Old Bridge Municipal Utilties Authority, 71 Boulevard West, Cliffwood Beach, NJ 07735-6105 |
| 519998816 | + | Superior Court of New Jersey, Middlesex County, 56 Paterson Street, New Brunswick, NJ 08901-2014 |
| 519998818 | + | U.S. Bank Trust c/o, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519998819 | + | University Radiology Group, PC c/o, Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54220-9208 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 22 2024 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519998808 | | Email/Text: ECF@fayservicing.com | Aug 22 2024 21:24:00 | Fay Servicing, LLC, PO Box 88009, Chicago, IL 60680-1009 |
| 519998809 | ^ | MEBN | Aug 22 2024 21:23:50 | Hackensack Median Health, PO Box 8505, JFK Medical Center, Pompano Beach, FL 33075-8505 |
| 519998810 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2024 21:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520041219 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 22 2024 21:24:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519998811 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 22 2024 21:24:00 | Jersey Central Power & Light, PO Box 16001, Reading, PA 19612-6001 |
| 520001859 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 21:37:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519998814 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 22 2024 21:24:00 | NJ Division of Taxation, PO Box 245, Bankruptcy Section, Trenton, NJ 08695 |
| 519998817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 21:36:09 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 520049068 | ^ | MEBN | Aug 22 2024 21:22:38 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519998820 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2024 21:23:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 519998821 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 22 2024 21:36:34 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

| 520036747 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 22 2024 21:50:19 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor William Lawrence Meyer klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Attorney Karina Pia Lucid  Esq. klucid@karinalucidlaw.com, 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Monika Mazurczyk | on behalf of Debtor William Lawrence Meyer monika@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9