| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-17055 / MBK

| | |
|---|---|
| William Lawrence Meyer | Petition Filed Date: 08/15/2023 |
| | 341 Hearing Date: 09/14/2023 |
| | Confirmation Date: 05/22/2024 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $1,136.37 | | 02/06/2024 | $1,136.37 | | 03/07/2024 | $1,136.37 | |
| 04/08/2024 | $1,136.37 | | 05/07/2024 | $1,136.37 | | 06/07/2024 | $1,136.37 | |
| 07/09/2024 | $1,136.37 | | 08/06/2024 | $1,136.37 | | 09/09/2024 | $1,136.37 | |
| 10/07/2024 | $1,136.37 | | 11/07/2024 | $1,136.37 | | 12/09/2024 | $1,136.37 | |

**Total Receipts for the Period:  $13,636.44   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,318.29**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | William Lawrence Meyer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Gabriel Del Virginia, Esq.<br>»» AMENDED DISCLOSURE 8/16/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $347.70 | $0.00 | $347.70 |
| 2 | WELLS FARGO BANK, NA | Unsecured Creditors | $6,367.64 | $0.00 | $6,367.64 |
| 3 | JERSEY CENTRAL POWER & LIGHT<br>»» FIRSTENERGY | Unsecured Creditors | $2,409.17 | $0.00 | $2,409.17 |
| 4 | US BANK TRUST, N.A.<br>»» P/4 HILLIARD RD/1ST MTG | Mortgage Arrears | $17,849.97 | $10,562.54 | $7,287.43 |
| 5 | LAW OFFICES OF GABRIEL DEL VIRGINIA<br>»» LEGAL SERVICES PROVIDED IN PRIOR BK CASE | Unsecured Creditors | $7,375.41 | $0.00 | $7,375.41 |
| 0 | Karina Pia Lucid, Esq.<br>»» SUB OF ATTY 4/22/24/ORDER 8/14/24 | Attorney Fees | $6,770.27 | $5,335.25 | $1,435.02 |
| 6 | US BANK TRUST, N.A.<br>»» 4 HILLIARD RD/PP ARREARS 8/6/24 | Mortgage Arrears | $3,923.23 | $0.00 | $3,923.23 |
| 7 | US BANK TRUST, N.A.<br>»» 4 HILLIARD RD/ATTY FEES 8/6/24 | Mortgage Arrears | $549.00 | $0.00 | $549.00 |

**Chapter 13 Case No. 23-17055 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,318.29 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $15,897.79 | Current Monthly Payment: | $1,136.00 |
| Paid to Trustee: | $1,340.94 | Arrearages: | ($6.29) |
| Funds on Hand: | $2,079.56 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or
scan this code to get started.**

