Office Mailing Address:

Albert Russo, Trustee

Standing Chapter 13 Trustee

PO Box 4853

Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee

PO Box 933

Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-17055 / MBK**

William Lawrence Meyer

Petition Filed Date: 08/15/2023

341 Hearing Date: 09/14/2023

Confirmation Date: 05/22/2024

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2025 | $1,136.37 | | 02/06/2025 | $1,136.37 | | 03/07/2025 | $1,136.37 | |
| 04/07/2025 | $1,136.37 | | 05/07/2025 | $1,136.37 | | 06/09/2025 | $1,136.37 | |
| 07/08/2025 | $1,136.37 | | 08/06/2025 | $1,136.37 | | 09/10/2025 | $1,136.37 | |
| 10/07/2025 | $1,136.37 | | 11/06/2025 | $1,136.37 | | 12/08/2025 | $1,136.37 | |
| 01/07/2026 | $1,136.37 | | 02/06/2026 | $1,136.37 | | | | |

**Total Receipts for the Period: $15,909.18   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $34,091.10**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | William Lawrence Meyer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Gabriel Del Virginia, Esq. »» AMENDED DISCLOSURE 8/16/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $347.70 | $0.00 | $347.70 |
| 2 | WELLS FARGO BANK, NA | Unsecured Creditors | $6,367.64 | $138.92 | $6,228.72 |
| 3 | JERSEY CENTRAL POWER & LIGHT »» FIRSTENERGY | Unsecured Creditors | $2,409.17 | $52.56 | $2,356.61 |
| 4 | US BANK TRUST, N.A. »» P/4 HILLIARD RD/1ST MTG | Mortgage Arrears | $17,849.97 | $17,849.97 | $0.00 |
| 5 | LAW OFFICES OF GABRIEL DEL VIRGINIA »» LEGAL SERVICES PROVIDED IN PRIOR BK CASE | Unsecured Creditors | $7,375.41 | $160.90 | $7,214.51 |
| 0 | Karina Pia Lucid, Esq. »» SUB OF ATTY 4/22/24/ORDER 8/14/24 | Attorney Fees | $6,770.27 | $6,770.27 | $0.00 |
| 6 | US BANK TRUST, N.A. »» 4 HILLIARD RD/PP ARREARS 8/6/24 | Mortgage Arrears | $3,923.23 | $3,923.23 | $0.00 |
| 7 | US BANK TRUST, N.A. »» 4 HILLIARD RD/ATTY FEES 8/6/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

**Chapter 13 Case No. 23-17055 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,091.10 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $29,444.85 | Current Monthly Payment: | $1,136.00 |
| Paid to Trustee: | $2,534.11 | Arrearages: | ($11.10) |
| Funds on Hand: | $2,112.14 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

