Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17055−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Lawrence Meyer
aka William L. Meyer, aka William Meyer
4 Hilliard Road
Old Bridge, NJ 08857

Social Security No.:
xxx−xx−1780

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date: 9/9/26
Time: 02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Karina Pia Lucid, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $2,045.00

EXPENSES
$100.00

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 7, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-17055-MBK

William Lawrence Meyer Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Aug 07, 2026 Form ID: 137 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Lawrence Meyer, 4 Hilliard Road, Old Bridge, NJ 08857-1512 |
| aty | + | Karina Pia Lucid, Esq., 1065 Route 22 West, Suite 2B, Bridgewater, NJ 08807, UNITED STATES 08807-2949 |
| 519998807 | + | Avenel-Iselin Medical Group c/o, Sav-It Collection Agency, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 519998812 | + | Kristine Meyer, 4 Hilliard Road, Old Bridge, NJ 08857-1512 |
| 519998813 | + | Law Offices of Gabriel Del Virginia, 30 Wall Street, 12th Floor, New York, NY 10005-2219 |
| 520060621 | + | Law Offices of Gabriel Del Virginia, 30 Wall Street-12th Floor, New York, New York 10005-2219 |
| 519998815 | + | Old Bridge Municipal Utilties Authority, 71 Boulevard West, Cliffwood Beach, NJ 07735-6105 |
| 519998816 | + | Superior Court of New Jersey, Middlesex County, 56 Paterson Street, New Brunswick, NJ 08901-2014 |
| 519998818 | + | U.S. Bank Trust c/o, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519998819 | + | University Radiology Group, PC c/o, Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54220-9208 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2026 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2026 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519998808 | | Email/Text: ECF@fayservicing.com | Aug 07 2026 21:28:00 | Fay Servicing, LLC, PO Box 88009, Chicago, IL 60680-1009 |
| 519998809 | ^ | MEBN | Aug 07 2026 21:24:19 | Hackensack Median Health, PO Box 8505, JFK Medical Center, Pompano Beach, FL 33075-8505 |
| 519998810 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2026 21:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520041219 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 07 2026 21:28:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519998811 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 07 2026 21:28:00 | Jersey Central Power & Light, PO Box 16001, Reading, PA 19612-6001 |
| 520001859 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2026 21:32:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519998814 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 07 2026 21:28:00 | NJ Division of Taxation, PO Box 245, Bankruptcy Section, Trenton, NJ 08695 |
| 519998817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2026 21:32:51 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 520049068 | ^ | MEBN | Aug 07 2026 21:26:06 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

| | | | | |
|---|---|---|---|---|
| 519998820 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 07 2026 21:27:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 519998821 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 07 2026 21:32:52 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 520036747 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 07 2026 21:32:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Karina Pia Lucid | on behalf of Debtor William Lawrence Meyer 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Attorney Karina Pia Lucid Esq. 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Monika Mazurczyk | on behalf of Debtor William Lawrence Meyer monika@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9